**Electronically Filed
Supreme Court
SCPW-20-0000385
25-AUG-2020
01:06 PM**

SCPW-20-0000385

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

KRISTOPHER KEALOHA, Petitioner,

vs.

THE HONORABLE FA‘AUUGA TO‘OTO‘O, Judge of the Circuit Court of the
First Circuit, State of Hawai‘i, Respondent Judge,

and

STATE OF HAWAI‘I, Respondent.

ORIGINAL PROCEEDING
(CR. NOS. 1CPC-18-0001728 and 1CPC-19-0000390)

ORDER DENYING AMENDED PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nakasone, assigned by reason of vacancy)

Upon consideration of petitioner Kristopher Kealoha's

amended petition for writ of mandamus, filed on August 3, 2020,

and the record, it appears that petitioner fails to demonstrate

that he has a clear and indisputable right to relief from this

court or that he lacks alternative means to seek relief.

Petitioner, therefore, is not entitled to an extraordinary writ.

See Kema v. Gaddis, 91 Hawai‘i 200, 204, 982 P.2d 334, 338 (1999)

(a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action). Accordingly,

IT IS HEREBY ORDERED that the amended petition for writ of mandamus is denied.

DATED: Honolulu, Hawaiʻi, August 25, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Karen T. Nakasone